158 So. 775

## Roy GRIFFIN v. STATE.
### I Div. 168.

Court of Appeals of Alabama.
Jan. 15, 1935.

Pitts & Pitts, of Selma, J. D. Ratcliffe, of Monroeville, and G. O. Dickey, of Evergreen, for appellant.

Thos. E. Knight, Jr., Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., for the State.

RICE, Judge.

Every question upon the decision of which this appellant might hope for a reversal of the judgment of conviction has been decided adversely to him in either the decision of the Supreme Court in the case of Willie Griffin v. State, 158 So. 316,[1] or of this court in the case of Bonner Griffin v. State, ante, p. 292, 158 So. 773.

Upon the authority of the opinions in those cases—companion appeals—the judgment appealed from is affirmed.

Affirmed.

[1] 229 Ala. 482.